

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: __8/14/2022__ |

# MEMORANDUM ENDORSED

August 12, 2022

**Jura C. Zibas**
212.915.5756 (direct)
Jura.Zibas@wilsonelser.com

**Via ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:        <u>Richardson v. Pond5 Inc. et al; Index No. 22-cv-04963-GHW</u>

Dear Judge Woods:

        Our office represents defendants Pond5, Inc. and Shutterstock, Inc. (collectively "Defendants") in the above referenced matter. We write pursuant to Your Honor's Individual Rules of Practice in Civil Cases, Rule 1.E., to respectfully request an adjournment of the initial pretrial conference presently scheduled to take place on August 30, 2022 at 2:00 pm (DE 6). This is the first request for an adjournment of the initial pretrial conference, and the requested extension will not impact any other deadlines.

        Plaintiff filed his Second Amended Complaint on August 9, 2022. (DE 20). Summonses related to the Second Amended Complaint were issued by the Clerk of the Court on August 10, 2022. (DE 23, 25). Defendants agreed to waive service of the Second Amended Complaint pursuant to Fed. R. Civ. P. 4(d) and Defendants deadline to answer the operative pleading was therefore set for October 11, 2022. (DE 26, 27).

        The reason for the requested adjournment is to provide sufficient time for Defendants to fully analyze Plaintiff's claims prior to the initial pretrial conference. Therefore, Defendants request that the initial pretrial conference presently scheduled to take place on August 30, 2022 be adjourned. Plaintiff consents to an adjournment of three weeks. Accordingly, Defendants request the hearing be adjourned to September 20, 2022—or the next available date convenient to the Court.

        We note that Plaintiff's counsel reviewed and consented to this letter prior to its submission to Your Honor. We thank the Court for its attention to this matter.



- 2 -

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

/s/ Jura Zibas

Jura C. Zibas
cc:  All Counsel of Record via ECF


Application granted.  The initial pretrial conference scheduled for August 30, 2022 is adjourned to October 19, 2022 at 2:00 p.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.  The joint letter and proposed case management plan described in the Court's June 14, 2022 order, Dkt. No. 6, are due no later than October 12, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 28.


SO ORDERED.

Dated:  August 13, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge