UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOUGLAS G. RICHARDSON,

                                    Plaintiff,

                        -against-

POND5, INC., et al.,

                                    Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  04/10/2023

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**22-CV-4963 (GHW)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Friday, July 14, 2023 at 10:00**

**a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

Parties must attend in-person with their counsel.  Corporate parties must send the person with

decision making authority to settle the matter to the conference.  The parties are instructed to

complete the Settlement Conference Summary Report and prepare pre-conference submissions

in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions

must be received by the Court no later than **July 7, 2023 by 5:00 p.m.**

             **SO ORDERED.**

Dated: April 10, 2023
            New York, New York

_____
            KATHARINE H. PARKER
            United States Magistrate Judge