

**SACK** IP Law p.c.

**Alan M. Sack**

| | |
|---|---|
| **445 Park Avenue** | **6800 Jericho Tpk.** |
| **9th Floor** | **Suite 120W** |
| **NY, NY 10022** | **Syosset, NY 11791** |

**(516) 393-5960--LI**
**(212) 500-1310--NYC**
**Email:** Alan.Sack@SACK-IP.com

July 11, 2023

<u>**Via ECF-Courtesy Copy via Email to:**</u> Parker_NYSDChambers@nysd.uscourts.gov

Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 750
New York, NY 10007

Re:     **Letter Motion to Hon. Magistrate Judge Parker for Mr. Richardson to Attend the Mediation by
        Telephone; <u>Douglas G. Richardson v. Pond5, Inc. and Shutterstock, Inc., 1:22-cv-04963-GHW</u>**

Dear Judge Parker:

We represent the plaintiff, Douglas G. Richardson ("Doug Richardson" or "Plaintiff") in this case.  We are
writing further to our Pre-Mediation Letter sent by email on July 7, 2023, in order to request that Mr.
Doug Richardson attend the Mediation by telephone, due to a medical condition.

In particular, due to a recently diagnosed medical condition, namely a pinched nerve in Mr. Richardson's
upper spine affecting his extremities, Mr. Richardson was advised by his physician, Dr. Kevin Lewis, that
Mr. Richardson should not travel until he has been cleared. If required, Plaintiff can file the physician's
letter, under seal.

Accordingly, Plaintiff, Mr. Richardson requests leave to attend the Mediation by telephone, and counsel
has earlier requested approval to bring a cell phone to the Mediation in order to communicate with Mr.
Richardson.

July 11, 2023

Honorable Katherine H. Parker
United States Magistrate Judge

_____

Respectfully Submitted,

**SACK** IP Law p.c.

Alan M. Sack